IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL A. KOESTER,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 16-cv-00407-NJR** |
| ) | |
| **JOHN DOE (GRAHAM CORR. CTR.),** ) | |
| **GARY GERST,** ) | |
| **D LARSON,** ) | |
| **KIMBERLY WHARTON,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This action came before the Court on Plaintiff Michael Koester's complaint filed April 12, 2016 (Doc. 1). The Court dismissed Koester's initial complaint for failure to state a claim, finding that he had failed to identify facts which gave rise to a viable claim (Doc. 8 at 7). The Court noted that though it was unlikely that Koester could identify additional facts that would give rise to a viable claim, he would nevertheless be given an opportunity to amend out of an abundance of caution (*Id.*). On August 26, 2016, Koester filed an amended complaint, as was permitted by the Court's earlier dismissal (Docs. 8, 13, 14). The amended complaint is now before the Court for review pursuant to 28 U.S.C. § 1915A.

In the amended complaint, Koester relies on the same core facts that he identified in his original complaint—namely that he suffered injurious consequences from contracting pin worms after he was celled with an inmate who had pin worms. Koester's amended complaint suffers the same infirmity as his original complaint because he does not identify a set of facts that give rise

to a viable claim. As the Court found in its original dismissal, though pin worms are surely unpleasant, the condition is not so serious that claims related to it rise to the level of a constitutional violation (Doc. 8 at 4-7); *see e.g. Farmer v. Brennan*, 511 U.S. 825, 843 (1994). Moreover, Koester does not allege that the prison was deliberately indifferent by failing to treat him for pin worms. The allegations in Koester's amended complaint that vary most from his original filing are his allegations regarding anxiety and emotional distress that he claims resulted from the pin worm incident. Again, the Court does not doubt that the pin worm incident led to these mental symptoms, but the symptoms do not give rise to a viable claim. In light of the insufficiency of Koester's filings, this action is **DISMISSED with prejudice** in its entirety as to all Defendants. This dismissal shall count as a **strike** for purposes of 28 U.S.C. § 1915(g). The Clerk of Court is **DIRECTED** to enter Judgment in favor of Defendants and against Plaintiff Koester.

    IT IS SO ORDERED.

    DATED:  November 1, 2016

**NANCY J. ROSENSTENGEL**
**United States District Judge**